# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 5, 2010

No. 09-20536
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN GONZALEZ PENA, also known as Juan Carlos Gonzalez Pena, also
known as Juan Pena Gonzalez, also known as Juan Carlos Gonzalez-Pena,
also known as Juan Carlos Gonzalez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-121-1

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Gonzalez Pena
has moved for leave to withdraw and has filed a brief in accordance with *Anders
v. California*.[1] Gonzalez Pena has not filed a response. Our independent review
of the record and counsel's brief discloses no nonfrivolous issue for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

[1] 386 U.S. 738 (1967).

No. 09-20536

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

---

[2] *See* 5TH CIR. R. 42.2.